994

## DOAN SAVINGS & LOAN CO. v. COMMISSIONER of INTERNAL REVENUE.

No. 5333.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1929.

H. W. Nauts, of Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded upon confession of error and consent to judgment.

## James DONAGHUE, Appellant, v. UNITED STATES of America.

No. 8932.

Circuit Court of Appeals, Eighth Circuit.

May 23, 1930.

Walter H. Hennessey, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

## James M. DORAN, Prohibition Commissioner, et al., Appellants, v. Martin H. CASPER, Trading as Delmar Mfg. Co., Appellee, and 26 other cases.

Nos. 4128, 4119, 4121–4127, 4129–4133, 4208, 4212, 4228–4237, 4239.

Circuit Court of Appeals, Third Circuit.

June 14, 1930.

Calvin S. Boyer, U. S. Atty., Richard H. Woolsey and Edward C. Dougherty, Sp.

Attys., all of Philadelphia, Pa., for appellants.

Michael Serody and Patrick J. Friel, both of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

WOOLLEY, Circuit Judge.

This cause came on to be heard on the transcript of record from the District Court of the United States, for the Eastern District of Pennsylvania, and was argued by counsel.

On consideration whereof, it is now here ordered, adjudged and decreed by this court that the decree of the said District Court [30 F.(2d) 400] in this cause be, and the same is hereby, affirmed.

For answers to certified questions, see 281 U. S. 610, 50 S. Ct. 415, 74 L. Ed. 1070.

## John DOTSETH, Administrator, etc., Appellant, v. FEDERAL LIFE INSURANCE CO.

No. 8733.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1930.

A. E. Sheridan, James Hart, and Sherman Hart, all of Waukon, Iowa, for appellant.

George T. Lyon, of Dubuque, Iowa, for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee for failure to comply with the provisions of Rules 23 and 24.